Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Steven Edstrom, Barry Ginsburg, Martin Ginsburg, Edward Lawrence, Sharon Martin, Mark. M. Naeger, John Nypl, Daniel Sayle, William Stage, )
Plaintiff(s),

v.

Anheuser-Busch InBev SA/NV and Grupo Modelo S.A.B. de C.V.,
Defendant(s).

Case No: C-13-1309 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven Sunshine, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Anheuser-Busch InBev SA/NV in the above-entitled action. My local co-counsel in this case is Allen Ruby, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1440 New York Avenue, NW Washington, DC 20005 | 525 University Avenue, Suite 1400 Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: (202) 371-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD: steven.sunshine@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: allen.ruby@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 450078.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                                                 Steven Sunshine
                                                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven Sunshine is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 26, 2013

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                      *October 2012*