Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Steven Edstrom, Barry Ginsburg, Martin Ginsburg, Edward Lawrence, Sharon Martin, Mark. M. Naeger, John Nypl, Daniel Sayle, William Stage, )
                    Plaintiff(s),  )
        v.  )
Anheuser-Busch InBev SA/NV and Grupo Modelo S.A.B. de C.V.,  )
                    Defendant(s).  )

Case No: C-13-1309 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Karen Hoffman Lent, an active member in good standing of the bar of State of New York, Appellate Division of the Supreme Court, First Judicial Department, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Anheuser-Busch InBev SA/NV in the above-entitled action. My local co-counsel in this case is Allen Ruby, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Four Times Square<br>New York, NY 10036 | 525 University Avenue, Suite 1400<br>Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 735-3000 | (650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| karen.lent@skadden.com | allen.ruby@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3058021.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                      Karen Hoffman Lent
                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karen Hoffman Lent is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 27, 2013

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE