AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Steven Edstrom, et al. | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 13-cv-1309-MMC |
| Anheuser-Busch InBev SA/NV, Grupo Modelo S.A.B. de C.V., and Constellation Brands, Inc. | ) ) ) | |
| _Defendant_ | ) | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anheuser-Busch InBev SA/NV
CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Grupo Modelo S.A.B. de C.V.
Campos Eliseos, #400 8th Fl
Mexico, D.V. Mexico

Constellation Brands, Inc., CT Corporation System,
818 W 7th Street, Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph M. Alioto
Alioto Law Firm
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

CLERK OF COURT

ALFRED AMISTOSO

Date: 4/23/13

_Signature of Clerk or Deputy Clerk_