| | |
|---|---|
| 1 | DANIEL E. ALBERTI (Bar No. 68620) |
| | dalberti@mwe.com |
| 2 | **McDERMOTT WILL & EMERY LLP** |
| | 275 Middlefield Road, Suite 100 |
| 3 | Menlo Park, CA 94025 |
| | Tel.: 650.815.7400 |
| 4 | Fax: 650.815.7401 |
| 5 | Attorneys for Defendant |
| 6 | CONSTELLATION BRANDS, INC. |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE, | C-13-1309-MMC |
| | Assigned to Hon. Maxine M. Chesney |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, of the law offices of McDermott Will & Emery LLP, files this Notice of Appearance in the above-referenced action as counsel for Defendant CONSTELLATION BRANDS, INC., and requests that copies of all briefs, motions, orders, correspondence and other papers also be electronically served on the undersigned as follows:

    Daniel E. Alberti (SBN 68620)
    McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
    Menlo Park, California  94025

Telephone:  (650) 815-7400
Facsimile:  (650) 815-7401
Email:  dalberti@mwe.com

Dated:  April 26, 2013                                      McDERMOTT WILL & EMERY LLP


By:           */s/* Daniel E. Alberti
      Daniel E. Alberti

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

## ECF CERTIFICATION

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 26th day of April, 2013.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the court's CM/ECF system.

DM_US 42406024-1.025309.0096