Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Steven Edstrom, Barry Ginsburg, et al.　)
　　　　　　　　　　　　　　　　　　　 ) Case No: C-13-1309 MMC
　　　　　　　　　　Plaintiff(s),　　　　 )
　　　　　　　　　　　　　　　　　　　 ) **APPLICATION FOR**
v.　　　　　　　　　　　　　　　　　　 ) **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　　　　　　 ) **PRO HAC VICE**
Anheuser-Bush InBEV SA/NV, et al.　　　 ) (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　Defendant(s).　　　 )

I, Margaret H. Warner, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Constellation Brands, Inc. in the above-entitled action. My local co-counsel in this case is Daniel E. Alberti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The McDermott Building<br>500 North Capitol Street, N.W. | McDermott Will & Emery LLP<br>275 Middlefield Road, Suite 100 |
| MY TELEPHONE # OF RECORD:<br>(202) 756-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 815-7400 |
| MY EMAIL ADDRESS OF RECORD:<br>mwarner@mwe.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dalberti@mwe.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 359009.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/26/13　　　　　　　　　　　　　　　　　　Margaret H. Warner
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Margaret H. Warner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 29, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　October 2012