| | |
|---|---|
| 1 | Rowan D. Wilson (State Bar No. 118488) |
| 2 | CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza |
| 3 | 825 Eighth Avenue<br>New York, NY 10019 |
| 4 | Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 5 | Email: rwilson@cravath.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>                              Plaintiffs,<br><br>          v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.,<br><br>                              Defendants. | Case No.: 13-cv-1309-MMC<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rowan D. Wilson, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, hereby enters an appearance on behalf of defendant Grupo Modelo S.A.B. de C.V. in the above-captioned matter.

Dated: April 30, 2013

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP,

by

/s/ Rowan D. Wilson
Rowan D. Wilson
A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendant Grupo Modelo S.A.B. de C.V.*

NOTICE OF APPEARANCE 2 Case No. 13-cv-1309-MMC