IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN EDSTROM, et al.,

        Plaintiffs,

  v.

ANHEUSER-BUSCH InBEV SA/NV, et al.,

        Defendants.

No. C 13-1309 MMC

**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS**

On April 17, 2013, plaintiffs electronically filed a first amended complaint. Plaintiffs have violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiffs are hereby advised that if they fail in the future to comply with the Court's standing orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: May 1, 2013

                                    MAXINE M. CHESNEY
                                    United States District Judge