UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Steven Edstrom, et al., | ) | Case No: 3:13-cv-01309 |
| | ) | |
| Plaintiff(s), | ) | APPLICATION FOR |
| | ) | ADMISSION OF ATTORNEY |
| v. | ) | PRO HAC VICE |
| Anheuser-Busch InBEV SA/NV, et al., | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, **Timothy A. C. May**, an active member in good standing of the bar of **New Jersey**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plantiffs** in the above-entitled action. My local co-counsel in this case is **Joseph M. Alioto**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 961 Holmdel Rd. Holmdel, NJ 07733 | 225 Bush Street, 16th Floor San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (732) 332-9300 | (415) 434-8900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tmay@messinlawfirm.com | jmalioto@aliotolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **035462007**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/01/13                                      /S/ Timothy A. C. May
                                                                          APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Timothy A. C. May** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    October 2012

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **TIMOTHY A C MAY** (No. **035462007**) was constituted and appointed an Attorney at Law of New Jersey on **December 04, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **April**, 20 **13**.

*Clerk of the Supreme Court*

-453a-