UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Steven Edstrom, et al., )
) Case No: 3:13-cv-01309
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Anheuser-Busch InBEV SA/NV, et al., ) **(CIVIL LOCAL RULE 11-3)**
)
Defendant(s). )

I, Timothy A. C. May, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plantiffs in the above-entitled action. My local co-counsel in this case is Joseph M. Alioto, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 961 Holmdel Rd. | 225 Bush Street, 16th Floor |
| Holmdel, NJ 07733 | San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (732) 332-9300 | (415) 434-8900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tmay@messinlawfirm.com | jmalioto@aliotolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 035462007.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/01/13

/s/ Timothy A. C. May
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Timothy A. C. May is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 3, 2013

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~