DANIEL E. ALBERTI (SBN 68620)
dalberti@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA   94025
Telephone:  (650) 815-7400
Facsimile:  (650) 815-7401

MARGARET H. WARNER (admitted *pro hac vice*)
mwarner@mwe.com
RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*)
rayjacobsen@mwe.com
JON B. DUBROW (admitted *pro hac vice*)
jdubrow@mwe.com
McDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C.   20001
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de D.V., and CONSTELLATION BRANDS, INC.,<br><br>Defendants. | Case No. C-13-1309 MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONSTELLATION BRANDS, INC. PURSUANT TO FED. R. CIV. P. 7.1 / CIV. L.R. 3-16** |

The undersigned counsel of record for Defendant Constellation Brands, Inc. ("Constellation"), certifies that Constellation does not have a parent corporation nor does any publicly held corporation own ten percent (10%) or more of the stock of Constellation. *See* Fed. R. Civ. P. 7.1.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named Defendant, Constellation, there is no such interest to report.

Dated: May 7, 2013                          McDERMOTT WILL & EMERY LLP

By: /s/ Daniel E. Alberti
Daniel E. Alberti

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

### ECF CERTIFICATION

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 7th day of May, 2013. As of this date, all counsel of record, except Kenneth R. Schwartz and Timothy A.C. May, counsel for Plaintiffs, have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

DM_US 42474887-3.025309.0102

# PROOF OF SERVICE

I, Cheryl A. Lovdahl, declare:

I am a citizen of the United States and employed in San Mateo County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Middlefield Road, Suite 100, Menlo Park, California 94025. On, May 7, 2013, I served a copy of the within document(s):

1. **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONSTELLATION BRANDS, INC.**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ by transmitting via electronic mail the document(s) listed above to the electronic mail addresses as set forth below on this date for 5:00 p.m.

| | |
|---|---|
| Kenneth R. Schwartz, Esq.<br>Law Offices of Theodore F. Schwartz<br>7751 Carondelet, Suite 204<br>Clayton, MO  63105<br>Telephone: (314) 863-4654<br>Facsimile: (314) 862-4357<br><br>Attorney for Plaintiffs<br>STEVEN EDSTROM AND BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE | Timothy A.C. May<br>Messina Law Firm<br>961 Holmdel Road<br>Holmdel, NJ  07733<br>Telephone: (732) 332-9300<br>Facsimile: (732) 332-9301<br><br>Attorney for Plaintiffs<br>STEVEN EDSTROM AND BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

1 motion of the party served, service is presumed invalid if postal cancellation date or postage
2 meter date is more than one day after date of deposit for mailing in affidavit.
3       I declare under penalty of perjury under the laws of the State of California that the above
4 is true and correct.
5       Executed on May 7, 2013 at Menlo Park, California.

*Cheryl Lovdahl*

Cheryl Lovdahl

DM_US 42506406-1.025309.0102