| | |
|---|---|
| 1 | DANIEL E. ALBERTI (SBN 68620) |
|   | dalberti@mwe.com |
| 2 | McDERMOTT WILL & EMERY LLP |
|   | 275 Middlefield Road, Suite 100 |
| 3 | Menlo Park, CA  94025 |
|   | Telephone:  (650) 815-7400 |
| 4 | Facsimile:  (650) 815-7401 |
| 5 | MARGARET H. WARNER (admitted *pro hac vice*) |
|   | mwarner@mwe.com |
| 6 | RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*) |
|   | rayjacobsen@mwe.com |
| 7 | JON B. DUBROW (admitted *pro hac vice*) |
|   | jdubrow@mwe.com |
| 8 | McDERMOTT WILL & EMERY LLP |
| 9 | The McDermott Building |
|   | 500 North Capitol Street, N.W. |
| 10 | Washington, D.C.  20001 |
|   | Telephone:  (202) 756-8000 |
| 11 | Facsimile:  (202) 756-8087 |
| 12 | Attorneys for Defendant |
|   | CONSTELLATION BRANDS, INC. |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE, | Case No. C-13-1309 MMC |
| | Assigned to Hon. Maxine M. Chesney |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de D.V., and CONSTELLATION BRANDS, INC., | |
| Defendants. | |

---

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

CASE NO.: C-13-1309-MMC

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Local Rule 6-1, that the time for Defendant Constellation Brands, Inc. to respond or otherwise move with respect to the First Amended Complaint has been extended through and including May 21, 2013.

Dated: May 10, 2013                               McDERMOTT WILL & EMERY LLP


                                                  By: /s/ Daniel E. Alberti
                                                      Daniel E. Alberti

                                                  Attorneys for Defendant
                                                  CONSTELLATION BRANDS, INC.


Dated: May 10, 2013                               ALIOTO LAW FIRM


                                                  By: /s/ Joseph M. Alioto
                                                      Joseph M. Alioto

                                                  Attorneys for Plaintiffs
                                                  STEVEN EDSTROM, BARRY
                                                  GINSBURG, MARTIN GINSBURG,
                                                  EDWARD LAWRENCE, SHARON
                                                  MARTIN, MARK M. NAEGER, JOHN
                                                  NYPL, DANIEL SAYLE, WILLIAM
                                                  STAGE


## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: May 10, 2013                               /s/Daniel E. Alberti
                                                  Daniel E. Alberti

DM_US 42561029-1.025309.0102

## ECF CERTIFICATION

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 10th day of May, 2013. As of this date, all counsel of record, except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.