| | |
|---|---|
| 1 | ALLEN RUBY (Bar No. 47109) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 525 University Avenue |
| | Palo Alto, California  94301-1908 |
| 3 | Telephone: (650) 470-4500 |
| | Facsimile:  (650) 470-4570 |
| 4 | Email:  Allen.Ruby@skadden.com |

5  Attorney for Defendant ANHEUSER-BUSCH InBEV SA/NV

6  Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,

    *Plaintiffs*,

 v.

ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.

    *Defendants*.

CASE NO. C-13-1309-MMC

**DEFENDANT ANHEUSER-BUSCH InBEV SA/NV'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CIVIL RULE 3-16**

Hon. Maxine M. Chesney

| | |
|---|---|
| 1 | STEVEN C. SUNSHINE (admitted *pro hac vice*) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 1440 New York Avenue, N.W. |
| | Washington, DC 20005-2111 |
| 3 | Telephone: (202) 371-7000 |
| | Facsimile: (202) 393-5760 |
| 4 | Steven.Sunshine@skadden.com |
| 5 | JAMES A. KEYTE (admitted *pro hac vice*) |
| | KAREN HOFFMAN LENT (admitted *pro hac vice*) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | Four Times Square |
| 7 | New York, New York 10036 |
| | Telephone: (212) 735-3000 |
| 8 | Facsimile: (917) 777-3000 |
| | James.Keyte@skadden.com |
| 9 | Karen.Lent@skadden.com |
| 10 | *Attorneys for* ANHEUSER-BUSCH InBEV SA/NV |

ABI'S CERTIFICATE OF INTERESTED PARTIES                                   Case No. CV-13-1309-MMC

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Defendant Anheuser-Busch InBev SA/NV ("ABI") discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16 of the Northern District of California:

ABI has no parent corporation. Stichting Anheuser-Busch InBev, a foundation incorporated under Dutch law, is the only shareholder known to own 10% or more of ABI stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties and public shareholders of ABI, there is no such interest to report.

ABI reserves the right to supplement this disclosure statement if needed.

DATED: May 17, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Allen Ruby_____

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorney for Defendant
ANHEUSER-BUSCH InBEV SA/NV

ABI'S CERTIFICATE OF INTERESTED PARTIES                    Case No. CV-13-1309-MMC

**ECF CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 17th day of May, 2013.  As of this date, all counsel of record except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                                 /s/ Allen Ruby

                                                 Allen J. Ruby

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Suite 1100, Palo Alto, CA 94301.

On May 17, 2013 I served the foregoing document(s) described as

DEFENDANT ANHEUSER-BUSCH InBEV SA/NV'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CIVIL RULE. 3-16

on the interested parties in this action by placing true copies thereon in sealed envelopes as follows:

Kenneth R. Schwartz
Law Offices of Theodore F. Schwartz
7751 Carondelet, Suite 204
Clayton, MO 63105

*Attorneys for Plaintiffs*

☐ (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email as noted above and that the transmission was reported as complete and without error.

☒ (BY MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and delivery following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 17, 2013 at Palo Alto, California.

| Alissa Turnipseed | *[signature]* |
|---|---|
| PRINT NAME | SIGNATURE |

Proof of Service    CASE NO. 3:13-cv-01309