ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: Allen.Ruby@skadden.com

STEVEN C. SUNSHINE (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: Steven.Sunshine@skadden.com

JAMES A. KEYTE (admitted *pro hac vice*)
KAREN HOFFMAN LENT (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Email: James.Keyte@skadden.com
Email: Karen.Lent@skadden.com

*Attorneys for* ANHEUSER-BUSCH InBEV SA/NV

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B de C.V., and CONSTELLATION BRANDS, INC.<br><br>     *Defendants*. | CASE NO. C-13-1309-MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1 | ROWAN WILSON (State Bar No. 118488)
YONATAN EVEN (*pro hac vice* application forthcoming*)*
2 | CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
3 | New York, NY 10019-7475
Telephone: (212) 474-1000
4 | Facsimile: (212) 474-3700
Email: rwilson@cravath.com
5 | Email: yeven@cravath.com

6 | *Attorneys for* GRUPO MODELO S.A.B. DE C.V.

7 | DANIEL E. ALBERTI (SBN 68620)
dalberti@mwe.com
8 | McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
9 | Menlo Park, CA 94025
Telephone: (650) 815-7400
10 | Facsimile: (650) 815-7401

11 | MARGARET H. WARNER (admitted *pro hac vice*)
mwarner@mwe.com
12 | RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*)
rayjacobsen@mwe.com
13 | JON B. DUBROW (admitted *pro hac vice*)
jdubrow@mwe.com
14 | McDERMOTT WILL & EMERY LLP
The McDermott Building
15 | 500 North Capitol Street, N.W.
Washington, D.C. 20001
16 | Telephone: (202) 756-8000
Facsimile: (202) 756-8087
17 |
*Attorneys for* CONSTELLATION BRANDS, INC.
18 |
JOSEPH M. ALIOTO (SBN 42680)
19 | ALIOTO LAW FIRM
225 Bush Street, 16th Floor
20 | San Francisco, CA 94104
Telephone: (415) 434-8900
21 | Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
22 |
*Attorneys for* STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD
23 | LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE,
WILLIAM STAGE
24
25
26
27
28

Joint Stipulation to Extend Time to Respond to First Amended Complaint          Case No.: C-13-1309-MMC

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,
2   pursuant to Civil Local Rule 6-1, that the time for Defendants Anheuser-Busch InBev SA/NV,
3   Grupo Modelo S.A.B. de C.V. and Constellation Brands, Inc. to respond or otherwise move with
4   respect to the First Amended Complaint has been extended through and including June 3, 2013.

5

6   DATED: May 17, 2013           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7                                 BY:
8                                         /s/ Allen J. Ruby
                                          Allen J. Ruby
9                                      Attorneys for Defendant
10                                  ANHEUSER-BUSCH InBEV SA/NV

11  DATED: May 17, 2013           CRAVATH, SWAINE & MOORE LLP

12                                BY:
13                                        /s/ Rowan Wilson
                                          Rowan Wilson
14                                     Attorneys for Defendant
15                                  GRUPO MODELO S.A.B. DE C.V.

16  DATED: May 17, 2013           McDERMOTT WILL & EMERY LLP

17                                BY:
18                                        /s/ Daniel E. Alberti
                                          Daniel E. Alberti
19                                     Attorneys for Defendant
20                                  CONSTELLATION BRANDS, INC.

21  DATED: May 17, 2013           ALIOTO LAW FIRM

22                                BY:
23                                        /s/ Joseph M. Alioto
                                          Joseph M. Alioto
24                                     Attorneys for Plaintiffs
25                              STEVEN EDSTROM, BARRY GINSBURG, MARTIN
                                GINSBURG, EDWARD LAWRENCE, SHARON
26                              MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL
                                      SAYLE, WILLIAM STAGE
27
28

Joint Stipulation to Extend Time to Respond to First Amended Complaint        Case No.: C-13-1309-MMC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so order or for inspection upon request.

DATED: May 17, 2013                           /s/ Allen J. Ruby
                                              Allen J. Ruby

**ECF CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 17th day of May, 2013.  As of this date, all counsel of record except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ Allen J. Ruby

Allen J. Ruby

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Suite 1100, Palo Alto, CA 94301.

On May 17, 2013 I served the foregoing document(s) described as

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing true copies thereon in sealed envelopes as follows:

Kenneth R. Schwartz
Law Offices of Theodore F. Schwartz
7751 Carondelet, Suite 204
Clayton, MO 63105

*Attorneys for Plaintiffs*

☐ (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email as noted above and that the transmission was reported as complete and without error.

☒ (BY MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and delivery following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 17, 2013 at Palo Alto, California.

Alissa Turnipseed
PRINT NAME                                    SIGNATURE