DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
MARIE C. BAFUS  (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
GRUPO MODELO S.A.B. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWARENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.<br><br>Defendants. | Case No. 13-cv-01309-MMC<br><br>**DEFENDANT GRUPO MODELO S.A.B. de C.V.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 3-16** |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Defendant Grupo Modelo S.A.B. de C.V. ("Grupo Modelo") discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16 of the Northern District of California:

Anheuser-Busch InBEV SA/NV ("ABI") is the parent corporation of Grupo Modelo, and ABI is the only publicly held corporation known to own 10% or more of Grupo Modelo stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: May 31, 2013                                   FENWICK & WEST LLP

By:     /s/ *Marie C. Bafus*
              Marie C. Bafus

Attorneys for Defendant
GRUPO MODELO S.A.B. de C.V.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## **ECF CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 31st day of May, 2013. As of this date, all counsel of record except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ *Marie C. Bafus*
Marie C. Bafus

## PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

- **DEFENDANT GRUPO MODELO S.A.B. de C.V.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 3-16**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

[X] **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices, addressed as follows:

Kenneth R. Schwartz
Law Offices of Theodore F. Schwartz
7751 Carondelet, Suite 204
Clayton, MO 63105

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct. Executed this 31st day of May, 2013.

*[signature]*
Carmelita Procida

PROOF OF SERVICE

CASE NO. 13-cv-01309 MMC