ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Allen.Ruby@skadden.com

Attorney for Defendant ANHEUSER-BUSCH INBEV SA/NV

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH INBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.,<br><br>*Defendants*. | CASE NO. C-13-1309-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ABI'S AND MODELO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>The Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | STEVEN C. SUNSHINE (admitted *pro hac vice*) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 1440 New York Avenue, N.W. |
| | Washington, DC 20005-2111 |
| 3 | Telephone: (202) 371-7000 |
| | Facsimile: (202) 393-5760 |
| 4 | Email: Steven.Sunshine@skadden.com |
| 5 | JAMES A. KEYTE (admitted *pro hac vice*) |
| | KAREN HOFFMAN LENT (admitted *pro hac vice*) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | Four Times Square |
| 7 | New York, New York 10036 |
| | Telephone: (212) 735-3000 |
| 8 | Facsimile: (917) 777-3000 |
| | Email: James.Keyte@skadden.com |
| 9 | Email: Karen.Lent@skadden.com |
| 10 | *Attorneys for* ANHEUSER-BUSCH INBEV SA/NV |
| 11 | ROWAN WILSON (Bar No. 118488) |
| | YONATAN EVEN (*pro hac vice* pending) |
| 12 | CRAVATH, SWAINE & MOORE LLP |
| | 825 Eighth Avenue |
| 13 | New York, NY 10019-7475 |
| | Telephone: (212) 474-1000 |
| 14 | Facsimile: (212) 474-3700 |
| | Email: rwilson@cravath.com |
| 15 | Email: yeven@cravath.com |
| 16 | DEAN S. KRISTY (Bar No. 157646) |
| | CHRISTOPHER J. STESKAL (Bar No. 212297) |
| 17 | MARIE C. BAFUS (Bar No. 258417) |
| | FENWICK & WEST LLP |
| 18 | 555 California Street, 12th Floor |
| | San Francisco, California 94104 |
| 19 | Telephone: (415) 875-2300 |
| | Facsimile: (415) 281-1350 |
| 20 | Email: dkristy@fenwick.com |
| | Email: csteskal@fenwick.com |
| 21 | Email: mbafus@fenwick.com |
| 22 | *Attorneys for* GRUPO MODELO S.A.B. DE C.V. |

[PROPOSED] ORDER GRANTING DEFENDANTS ABI'S AND MODELO'S MOTION TO DISMISS         CASE NO. C-13-1309-MMC

**1**   Presently before the Court is Defendants Anheuser-Busch InBev SA/NV ("ABI") and
**2** Grupo Modelo S.A.B. de C.V.'s ("Modelo") Motion to Dismiss the First Amended Complaint
**3** ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6).
**4**   "To survive a motion to dismiss, a complaint must contain sufficient factual matter,
**5** accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S.
**6** Ct. 1937, 1949 (2009) (quoting *Bell Atlantic v. Twombly*, 550 U.S. 544, 570 (2007)).  A complaint
**7** should be dismissed without leave to amend if the plaintiff is unable to cure the defects in the
**8** complaint.  *See Chaset v. Fleer/Skybox Int'l, LP*, 300 F.3d 1083, 1087-88 (9th Cir. 2002).  The
**9** Court finds that any amendment to the FAC would be futile.
**10**   Upon consideration of Defendants ABI's and Modelo's Motion to Dismiss and any
**11** opposition and reply thereto, Defendants ABI's and Modelo's Motion to Dismiss is hereby
**12** GRANTED, and the FAC is hereby DISMISSED WITH PREJUDICE.
**13**   The Clerk shall close the file.
**14**   **IT IS SO ORDERED.**

Dated:                                                                                  Maxine M. Chesney
                                                                                        United States District Judge