DANIEL E. ALBERTI (SBN 68620)
dalberti@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

MARGARET H. WARNER (admitted *pro hac vice*)
mwarner@mwe.com
RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*)
rayjacobsen@mwe.com
JON B. DUBROW (admitted *pro hac vice*)
jdubrow@mwe.com
McDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de D.V., and CONSTELLATION BRANDS, INC.,<br><br>Defendants. | Case No. C-13-1309 MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**DECLARATION OF DANIEL E. ALBERTI IN SUPPORT OF BRIEF OF CONSTELLATION BRANDS, INC., IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Daniel E. Alberti, declare as follows:

1. I am an attorney-at-law and a partner with the firm of McDermott Will & Emery LLP. I am duly admitted to practice before this Honorable Court and am one of the attorneys of

record for Defendants in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint as filed by the U.S. Department of Justice in the District Court of the District of Columbia and available at http://www.justice.gov/atr/cases/abimodelo.html.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Paul Hetterich executed on June 4, 2013. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the signatory for whom a signature is indicated by a "conformed" signature /s/ within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Stipulation and Order as filed in the District Court of the District of Columbia and available at http://www.justice.gov/atr/cases/abimodelo.html.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Competitive Impact Statement and Certificate of Service as filed in the District Court of the District of Columbia and available at http://www.justice.gov/atr/cases/abimodelo.html.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this 4th day of June, 2013, at Menlo Park, California.

                                                                  /s/ Daniel E. Alberti
                                                                    Daniel E. Alberti