DANIEL E. ALBERTI (SBN 68620)
dalberti@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 815-7400
Facsimile:  (650) 815-7401

MARGARET H. WARNER (admitted *pro hac vice*)
mwarner@mwe.com
RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*)
rayjacobsen@mwe.com
JON B. DUBROW (admitted *pro hac vice*)
jdubrow@mwe.com
McDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de D.V., and CONSTELLATION BRANDS, INC.,<br><br>Defendants. | Case No. C-13-1309 MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order, it is hereby FOUND that Plaintiffs have not satisfied their burden to obtain a Temporary Restraining Order under *Winter v. NRDC*, 555 U.S. 7 (2008); and

it is hereby ORDERED that Plaintiffs' Motion for a Temporary Restraining Order be DENIED.

Dated: _____, 2013

Honorable Maxine M. Chesney
Judge, United States District Court