## CIVIL PRETRIAL MINUTES

**Judge MAXINE M. CHESNEY**

Date: **June 4, 2013**

**C - 13 - 1309 - MMC**

  **Steven Edstrom et al**          v          **Anheuser-Busch et al**

Attorneys:     **Joseph Alioto**           **James Keyte, Steven Sunshine, Karen Lent**

                                            **Dean Kristy, Marie Bafus, Yonatan Even**

                                            **Daniel Alberti, Margaret Warner, Raymond Jacobsen**

Deputy Clerk: **Tracy Lucero**              Reporter:  **Debra Pas**

**PROCEEDINGS:**                            **RULING:**

1.  Plaintiffs' Motion for Temporary Restraining Order          Denied

2.  _____          _____

      ( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED DURING HEARING:**

Court directed counsel to meet and confer to agree on a new date for the initial case management conference (currently scheduled for 6/28/2013).

ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court  X

( ) CASE CONTINUED TO _____   for_____

Discovery Cut-Off:                          Expert Discovery Cut-Off :

Plntf/Deft to Name Experts by               Plntf/Deft to Name Rebuttal Experts by

P/T Conference Date:                        Trial Date      Set for      days
                                            Type of Trial:  ( )Jury     ( )Court

(1 hour 42 minutes)