IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDSTROM, et al., | No. C-13-1309 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| ANHEUSER-BUSCH INBEV SA/NV, et al., | |
| Defendants. | |

Before the Court is plaintiffs' Motion for Temporary Restraining Order, filed June 3, 2013. Defendants Anheuser-Busch InBev SA/NV ("ABI") and Grupo Modelo S.A.B. de C.V. ("Modelo") have filed a joint opposition, and defendant Constellation Brands, Inc. ("Constellation") has filed a separate opposition. On June 4, 2013, the Court conducted a hearing on the motion. Joseph M. Alioto of the Alioto Law Firm appeared on behalf of plaintiffs. Steven C. Sunshine, James A. Keyte, and Karen Hoffman Lent of Skadden, Arps, Slate, Meagher & Flom LLP appeared on behalf of ABI. Yonatan Even of Cravath, Swaine & Moore LLP and Dean S. Kristy and Marie C. Bafus of Fenwick & West LLP appeared on behalf of Modelo. Margaret H. Warner, Daniel E. Alberti, and Raymond A. Jacobsen, Jr., of McDermott Will & Emery LLP appeared on behalf of Constellation.

Having read and considered the parties' respective written submissions, and having considered the arguments of counsel, the Court, for the reasons stated on the record,

hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: June 5, 2013

MAXINE M. CHESNEY
United States District Judge