Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 03/2013) | | | | **TRANSCRIPT ORDER**<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | | | | | | COURT USE ONLY<br>**DUE DATE:** | |
|---|---|---|---|---|---|---|---|---|---|---|---|

1. NAME: Joseph M. Alioto
2. PHONE NUMBER: (415) 434-8900
3. EMAIL ADDRESS: jmiller@aliotolaw.com
4. TODAY'S DATE: 06/05/2013
4. MAILING ADDRESS: 225 Bush Street, 16th Floor, San Francisco, CA 94104
5. CASE NAME: Edstrom, et al. v. ABI
6. CASE NUMBER: 13-1309

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☑ CIVIL  ■ CJA: Do not use this form; use Form CJA24

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
Debra Pas

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 06/04/2013 | MMC | TRO | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |

c. DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ● | ○ | ○ | ○ |

10. ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Joseph M. Alioto
12. DATE: 06/05/2013

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY