Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 03/2013) | **TRANSCRIPT ORDER**<br>**Please use one form per court reporter.**<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1. NAME<br>Marie C. Bafus | 2. PHONE NUMBER<br>(415) 875-2371 | 3. EMAIL ADDRESS<br>mbafus@fenwick.com | 4. TODAY'S DATE<br>06/05/2013 |
|---|---|---|---|

| 4. MAILING ADDRESS:<br>Fenwick & West LLP<br>555 California St., 12th Floor<br>San Francisco, CA 94104 | 5. CASE NAME<br>Steven Edstrom, et al. v. Anheuser-Busch InBev, et al. | 6. CASE NUMBER<br>13-cv-01309 MMC |
|---|---|---|

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
Debra Pas

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☑ NON-APPEAL   ☑ CIVIL   ■ CJA: Do not use this form; use Form CJA24

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)

c. DELIVERY TYPE ( Choose one per line)

| DATE | JUDGE (initials) | TYPE | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/2013 | MMC | TRO | | ◉ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE<br>/s/ Marie C. Bafus | 12. DATE<br>06/05/2013 |
|---|---|

DISTRIBUTION:   ☐ COURT COPY      ☐ TRANSCRIPTION COPY      ☐ ORDER RECEIPT      ☐ ORDER COPY