ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: Allen.Ruby@skadden.com

STEVEN C. SUNSHINE (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: Steven.Sunshine@skadden.com

JAMES A. KEYTE (admitted *pro hac vice*)
KAREN HOFFMAN LENT (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Email: James.Keyte@skadden.com
Email: Karen.Lent@skadden.com

*Attorneys for* Defendants ANHEUSER-BUSCH INBEV SA/NV and GRUPO MODELO S.A.B. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH INBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.<br><br>*Defendants*. | CASE NO. C-13-1309-MMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT GRUPO MODELO S.A.B. DE C.V. AND [PROPOSED] ORDER**<br><br>The Honorable Maxine M. Chesney |

1  PLEASE TAKE NOTICE that Defendant Grupo Modelo S.A.B. de C.V. ("Modelo"), now
2  a subsidiary of Defendant Anheuser-Busch InBev SA/NV, has retained Skadden, Arps, Slate,
3  Meagher & Flom LLP to substitute as counsel for Cravath, Swaine & Moore LLP and Fenwick &
4  West LLP in the above-captioned matter.  Pursuant to Civil Local Rule 11-5, Modelo requests that
5  the Court approve the withdrawal and substitution.
6  Withdrawing counsel for Defendant Modelo are:

**Yonatan Even** (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: yeven@cravath.com

**Marie Caroline Bafus** (Bar No. 157646)
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: mbafus@fenwick.com

**Rowan D. Wilson** (Bar No. 118488)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: rwilson@cravath.com

**Dean S. Kristy** (Bar No. 212297)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: dkristy@fenwick.com

**Christopher James Steskal** (Bar No. 212297)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: csteskal@fenwick.com

1 | All pleadings, orders and notices should henceforth be served upon the following
2 | substituted counsel for Defendant Grupo Modelo S.A.B. de C.V.:

**Allen Ruby** (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: Allen.Ruby@skadden.com

**James A. Keyte** (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Email: James.Keyte@skadden.com

**Steven C. Sunshine** (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7860
202-661-0560 (fax)
Email: Steven.Sunshine@skadden.com

**Karen Hoffman Lent** (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Email: Karen.Lent@skadden.com

**Ian G. John** (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Email: Ian.John@skadden.com

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**        Case No.: C-13-1309-MMC

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: June 7, 2013         GRUPO MODELO S.A.B. DE C.V.

BY:
_/s/ Margarita Hugues Velez_
Margarita Hugues Velez
Vice President, Legal Affairs
GRUPO MODELO S.A.B. DE C.V.

DATED: June 7, 2013         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY:
_/s/ Allen Ruby_
Allen Ruby
Attorneys for Defendants
ANHEUSER-BUSCH INBEV SA/NV
GRUPO MODELO S.A.B. DE C.V.

DATED: June 7, 2013         CRAVATH, SWAINE & MOORE LLP

BY:
_/s/ Yonatan Even_
Yonatan Even
Former Attorneys for Defendant
GRUPO MODELO S.A.B. DE C.V.

DATED: June 7, 2013         FENWICK & WEST LLP

BY:
_/s/ Dean S. Kristy_
Dean S. Kristy
Former Attorneys for Defendant
GRUPO MODELO S.A.B. DE C.V.

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: _____           MAXINE M. CHESNEY
United States District Judge

3
**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**    Case No.: C-13-1309-MMC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so order or for inspection upon request.

DATED: June 7, 2013                                                /s/ Allen Ruby
                                                                                    Allen Ruby

**ECF CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this seventh day of June, 2013. As of this date, all counsel of record except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ Allen Ruby

Allen Ruby