ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: Allen.Ruby@skadden.com

STEVEN C. SUNSHINE (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: Steven.Sunshine@skadden.com

JAMES A. KEYTE (admitted *pro hac vice*)
KAREN HOFFMAN LENT (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000
Email: James.Keyte@skadden.com
Email: Karen.Lent@skadden.com

*Attorneys for* Defendants ANHEUSER-BUSCH INBEV SA/NV and GRUPO MODELO S.A.B. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH INBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.<br><br>*Defendants*. | CASE NO. C-13-1309-MMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT GRUPO MODELO S.A.B. DE C.V. AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Maxine M. Chesney |

PLEASE TAKE NOTICE that Defendant Grupo Modelo S.A.B. de C.V. ("Modelo"), now a subsidiary of Defendant Anheuser-Busch InBev SA/NV, has retained Skadden, Arps, Slate, Meagher & Flom LLP to substitute as counsel for Cravath, Swaine & Moore LLP and Fenwick & West LLP in the above-captioned matter.  Pursuant to Civil Local Rule 11-5, Modelo requests that the Court approve the withdrawal and substitution.

Withdrawing counsel for Defendant Modelo are:

**Yonatan Even** (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: yeven@cravath.com

**Rowan D. Wilson** (Bar No. 118488)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: rwilson@cravath.com

**Marie Caroline Bafus** (Bar No. 157646)
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: mbafus@fenwick.com

**Dean S. Kristy** (Bar No. 212297)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: dkristy@fenwick.com

**Christopher James Steskal** (Bar No. 212297)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: csteskal@fenwick.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Grupo Modelo S.A.B. de C.V.:

| | |
|---|---|
| **Allen Ruby** (Bar No. 47109)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Suite 1100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile:  (650) 470-4570<br>Email: Allen.Ruby@skadden.com | **Steven C. Sunshine** (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave., NW<br>Washington, DC 20005<br>202-371-7860<br>202-661-0560 (fax)<br>Email: Steven.Sunshine@skadden.com |
| **James A. Keyte** (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br>Email: James.Keyte@skadden.com | **Karen Hoffman Lent** (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br>Email: Karen.Lent@skadden.com |
| | **Ian G. John** (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br>Email: Ian.John@skadden.com |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**  Case No.: C-13-1309-MMC

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: June 7, 2013            GRUPO MODELO S.A.B. DE C.V.

BY:
/s/ Margarita Hugues Velez
Margarita Hugues Velez
Vice President, Legal Affairs
GRUPO MODELO S.A.B. DE C.V.

DATED: June 7, 2013            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY:
/s/ Allen Ruby
Allen Ruby
Attorneys for Defendants
ANHEUSER-BUSCH INBEV SA/NV
GRUPO MODELO S.A.B. DE C.V.

DATED: June 7, 2013            CRAVATH, SWAINE & MOORE LLP

BY:
/s/ Yonatan Even
Yonatan Even
Former Attorneys for Defendant
GRUPO MODELO S.A.B. DE C.V.

DATED: June 7, 2013            FENWICK & WEST LLP

BY:
/s/ Dean S. Kristy
Dean S. Kristy
Former Attorneys for Defendant
GRUPO MODELO S.A.B. DE C.V.

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: June 11, 2013
MAXINE M. CHESNEY
United States District Judge

3

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**            Case No.: C-13-1309-MMC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so order or for inspection upon request.

DATED: June 7, 2013                                        /s/ Allen Ruby
                                                                              Allen Ruby