ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: Allen.Ruby@skadden.com

*Attorney for* ANHEUSER-BUSCH INBEV SA/NV and GRUPO MODELO S.A.B. DE C.V.

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH INBEV SA/NV, GRUPO MODELO S.A.B. DE C.V., and CONSTELLATION BRANDS, INC.<br><br>*Defendants*. | CASE NO. C-13-1309-MMC<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>The Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | STEVEN C. SUNSHINE (admitted *pro hac vice*) |
|   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 1440 New York Avenue, N.W. |
|   | Washington, DC 20005-2111 |
| 3 | Telephone: (202) 371-7000 |
|   | Facsimile: (202) 393-5760 |
| 4 | Email: Steven.Sunshine@skadden.com |
| 5 | JAMES A. KEYTE (admitted *pro hac vice*) |
|   | KAREN HOFFMAN LENT (admitted *pro hac vice*) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | Four Times Square |
| 7 | New York, New York 10036 |
|   | Telephone: (212) 735-3000 |
| 8 | Facsimile: (917) 777-3000 |
|   | Email: James.Keyte@skadden.com |
| 9 | Email: Karen.Lent@skadden.com |
| 10 | *Attorneys for* ANHEUSER-BUSCH INBEV SA/NV and GRUPO MODELO S.A.B. DE C.V. |
| 11 | DANIEL E. ALBERTI (Bar No. 68620) |
|   | McDERMOTT WILL & EMERY LLP |
| 12 | 275 Middlefield Road, Suite 100 |
|   | Menlo Park, CA 94025 |
| 13 | Telephone: (650) 815-7400 |
|   | Facsimile: (650) 815-7401 |
| 14 | Email: dalberti@mwe.com |
| 15 | MARGARET H. WARNER (admitted *pro hac vice*) |
|   | RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*) |
| 16 | JON B. DUBROW (admitted *pro hac vice*) |
|   | McDERMOTT WILL & EMERY LLP |
| 17 | The McDermott Building |
|   | 500 North Capitol Street, N.W. |
| 18 | Washington, D.C. 20001 |
|   | Telephone: (202) 756-8000 |
| 19 | Facsimile: (202) 756-8087 |
|   | Email: mwarner@mwe.com |
| 20 | Email: rayjacobsen@mwe.com |
|   | Email: jdubrow@mwe.com |
| 21 | |
|   | *Attorneys for* CONSTELLATION BRANDS, INC. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**          CASE NO.: C-13-1309-MMC

| | |
|---|---|
| JOSEPH M. ALIOTO (Bar No. 42680)<br>THERESA D. MOORE (Bar No. 99978)<br>THOMAS PAUL PIER (Bar No. 271452)<br>JAMIE L. MILLER (Bar No. 271452)<br>ALIOTO LAW FIRM<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200<br>Email: jmalioto@aliotolaw.com<br>Email: tmoore@aliotolaw.com<br>Email: tpier@aliotolaw.com<br>Email: jmiller@aliotolaw.com<br><br>THEODORE F. SCHWARTZ (Bar No. 58946)<br>KENNETH R. SCHWARTZ (*pro hac vice* application forthcoming)<br>LAW OFFICE OF THEODORE F. SCHWARTZ<br>7751 Carondelet, Suite 204<br>Clayton, MO 63105<br>Telephone: (314) 863-4654<br>Facsimile: (314) 862-4357<br>Email: theodore@schwartz-schwartz.com<br><br>JACK LEE (Bar No. 71616)<br>DEREK G. HOWARD (Bar No. 118082)<br>SEAN TAMURA-SATO (Bar No. 254092)<br>MINAMI TAMAKI LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 788-9000<br>Facsimile: (415) 398-3887<br>Email: jlee@minamitamaki.com<br>Email: dhoward@minamitamaki.com<br>Email: seant@minamitamaki.com | JEFFERY K. PERKINS (Bar No. 57996)<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550-G Tiburon Boulevard, Suite 344<br>Tiburon, CA 94920<br>Telephone: (415) 302-1115<br>Facsimile: (415) 435-4053<br>Email: jefferykperkins@aol.com<br><br>JOHN H. BOONE (Bar No. 44876)<br>LAW OFFICES OF JOHN H. BOONE<br>4319 Sequoia Drive<br>Oakley, CA 94561<br>Telephone: (415) 317-3001<br>Facsimile: (415) 434-9200<br>Email: deacon38@gmail.com<br><br>GIL D. MESSINA (admitted *pro hac vice*)<br>TIMOTHY A.C. MAY (admitted *pro hac vice*)<br>MESSINA LAW FIRM PC<br>961 Holmdel Road<br>Holmdel, NJ 07733<br>Telephone: (732) 332-9300<br>Facsimile: (732) 332-9301<br>Email: gmessina@messinalawfirm.com<br>Email: tmay@messinalawfirm.com<br><br>PETER C. SULLIVAN (admitted *pro hac vice*)<br>SULLIVAN LAW FIRM<br>7751 Carondelet Avenue, Suite 204<br>Clayton, MO 63105<br>Telephone: 314-727-4442<br>Facsimile: 314-862-4357 (fax)<br>Email: pcs@sullivanlawstl.com |

*Attorneys for* STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE

---

**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**         CASE NO.: C-13-1309-MMC

1    During the Court's telephonic hearing held with all parties on Tuesday, June 4, 2013, the Court directed the parties to meet and confer to set a new schedule for the case management conference. The parties met and conferred as directed on Tuesday, June 11, 2013 and again on Thursday, June 13, 2013. Pursuant to their discussions, the undersigned parties hereby stipulate to the schedule below. This stipulation and order modifies the schedule set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 3, and the Case Management Conference Order, ECF No. 13.

During the conference, plaintiffs expressed their intent to seek leave to file a supplemental/amended complaint. As a result, the parties agree that the upcoming briefing deadlines on the pending motions to dismiss and July 12, 2013 hearing shall be postponed.

In addition, the parties agree to the following schedule. Plaintiffs agree to provide any proposed supplemental/amended complaint to defendants by Friday, June 21, 2013. Defendants will notify plaintiffs whether they consent to its filing by Tuesday, June 25, 2013. If consent is obtained, plaintiffs will file the supplemental/amended complaint the same day by joint stipulation pursuant to Fed. R. Civ. P. 15. Defendants will file motions to dismiss the supplemental/amended complaint by Friday, June 28, 2013. Briefing on the motions to dismiss will proceed according to Civil L.R. 7-3 and defendants will notice their motions for hearing on Friday, August 2, 2013.

If defendants do not consent to the supplemental/amended complaint, plaintiffs shall move for leave to file by June 28, 2013. Briefing will proceed according to Civil L.R. 7-3 and plaintiffs will notice their motion for hearing on August 2, 2013.

The parties also agree that any additional preliminary motions shall be filed by June 28, 2013. Briefing will proceed according to Civil L.R. 7-3 and the additional preliminary motions will be noticed for hearing on August 2, 2013.

Finally, the parties agree to the following schedule for the case management conference and accompanying deadlines.

**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**                                                     CASE NO.: C-13-1309-MMC

## SCHEDULE FOR CASE MANAGEMENT CONFERENCE

| EVENT | DATE | GOVERNING RULE(S) |
|---|---|---|
| Case Management Conference before the Honorable Maxine M. Chesney, at 10:30 a.m., in Courtroom No. 7, 19th Floor Federal Building | Plaintiffs propose that the Court set the date for the CMC at the hearing on August 2, 2013.<br><br>Defendants propose that the CMC be scheduled for the first Friday after four (4) weeks following the Court's ruling on Defendants' Motions to Dismiss operative complaint | Civil L.R. 16-10 |
| Last day to file Rule 26(f) Report, complete initial F. R. Civ. P. 26(a)(1) disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | Not less than seven days before the case management conference | F. R. Civ. P. 26(a)(1) & Civil L.R. 16-9 |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Not less than twenty-one days before the case management conference | • F. R. Civ. P. 26(f) & ADR L.R. 3-5<br><br>• Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b)<br><br>• Civil_L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |

**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**                                               CASE NO.: C-13-1309-MMC

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: June 17, 2013    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

3                          BY:
4                                  /s/ Allen Ruby
                                   Allen Ruby
5                                  Attorney for Defendants
6                                  ANHEUSER-BUSCH InBEV SA/NV and
                                   GRUPO MODELO S.A.B. DE C.V.
7

8  DATED:  June 17, 2013   McDERMOTT WILL & EMERY LLP

9                          BY:
10                                 /s/ Daniel E. Alberti
                                   Daniel E. Alberti
11                                 Attorney for Defendant
                                   CONSTELLATION BRANDS, INC.
12

13

14 DATED:  June 17, 2013   ALIOTO LAW FIRM

15                         BY:
                                   /s/ Joseph M. Alioto
16                                 Joseph M. Alioto
                                   Attorney for Plaintiffs
17                         STEVEN EDSTROM, BARRY GINSBURG, MARTIN
18                         GINSBURG, EDWARD LAWRENCE, SHARON
                           MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL
19                         SAYLE, WILLIAM STAGE

20

21

22

23
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
24

25

26

27 Dated:                              MAXINE M. CHESNEY
                                       United States District Judge
28

**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**                          CASE NO.: C-13-1309-MMC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the court if so order or for inspection upon request.

DATED: June 17, 2013                                        /s/ Allen Ruby

                                                                              Allen Ruby

**ECF CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 17th day of June, 2013.  As of this date, all counsel of record except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ Allen Ruby

Allen Ruby

---

JOINT STIPULATION TO SET BRIEFING SCHEDULE AND RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER                                                                CASE NO.: C-13-1309-MMC

**DECLARATION OF KAREN HOFFMAN LENT (N.D. Cal. Local Rule 6-2)**

I, Karen Hoffman Lent, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Anheuser-Busch InBev SA/NV and Grupo Modelo S.A.B. de C.V. in this matter. I make this declaration based upon my own personal knowledge and the records on file in this action.

2.     I make this declaration pursuant to Civil Local Rule 6-2 in support of the parties' Joint Stipulation the Reschedule the Case Management Conference.

3.     On June 4, 2013, the Court heard argument by telephone on Plaintiffs' Motion for a Temporary Restraining Order. During the hearing, the Court ordered the parties to meet and confer to agree to a new, later date for the Case Management Conference currently set for June 28, 2013.

4.     On June 11, 2013 and again on June 13, 2013, representatives for each party met and conferred as directed. In the subsequent days, the parties agreed to the above schedule.

5.     The Court has not previously modified any deadlines in this matter, but the parties twice stipulated to extend Defendants' time to respond to Plaintiffs' First Amended Complaint. (*See* ECF Nos. 34, 36.)

6.     Aside from the dates referenced in the above stipulation, the proposed schedule will not modify any additional dates already set by the Court in this action.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of June 2013 in New York, New York.

DATED: June 17, 2013                                  /s/ Karen Hoffman Lent
                                                                         Karen Hoffman Lent