IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDSTROM, et al., | No. C 13-1309 MMC |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND DEPOSITIONS OF WITNESSES** |
| v. | |
| ANHEUSER-BUSCH InBEV SA/NV, et al., | |
| Defendants. / | |

Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Compel Production of Documents Filed Under the Hart-Scott-Rodino Act and to Compel Depositions of Witnesses," filed June 28, 2013, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: July 2, 2013

MAXINE M. CHESNEY
United States District Judge