ALLEN RUBY (Bar No. 47109)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Allen.Ruby@skadden.com

Counsel for Defendants ANHEUSER-BUSCH INBEV SA/NV and GRUPO MODELO S.A.B. DE C.V.

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANHEUSER-BUSCH INBEV SA/NV, GRUPO MODELO S.A.B. de C.V., and CONSTELLATION BRANDS, INC.<br><br>*Defendants*. | CASE NO. C-13-1309-MMC (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF**<br><br>The Honorable Nathanael M. Cousins |

1  STEVEN C. SUNSHINE (admitted *pro hac vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  1440 New York Avenue, N.W.
   Washington, DC 20005-2111
3  Telephone: (202) 371-7000
   Facsimile: (202) 393-5760
4  Email: Steven.Sunshine@skadden.com

5  JAMES A. KEYTE (admitted *pro hac vice*)
   KAREN HOFFMAN LENT (admitted *pro hac vice*)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
7  New York, New York 10036
   Telephone: (212) 735-3000
8  Facsimile: (917) 777-3000
   Email: James.Keyte@skadden.com
9  Email: Karen.Lent@skadden.com

10 *Attorneys for* ANHEUSER-BUSCH INBEV SA/NV and
   GRUPO MODELO S.A.B. DE C.V.
11
   DANIEL E. ALBERTI (Bar No. 68620)
12 McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
13 Menlo Park, CA 94025
   Telephone: (650) 815-7400
14 Facsimile: (650) 815-7401
   Email: dalberti@mwe.com
15
   MARGARET H. WARNER (admitted *pro hac vice*)
16 RAYMOND A. JACOBSEN, JR. (admitted *pro hac vice*)
   JON B. DUBROW (admitted *pro hac vice*)
17 McDERMOTT WILL & EMERY LLP
   The McDermott Building
18 500 North Capitol Street, N.W.
   Washington, D.C. 20001
19 Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
20 Email: mwarner@mwe.com
   Email: rayjacobsen@mwe.com
21 Email: jdubrow@mwe.com

22 *Attorneys for* CONSTELLATION BRANDS, INC.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION          CASE NO. C-13-1309-MMC (NC)
FOR ADMINISTRATIVE RELIEF

1  JOSEPH M. ALIOTO (Bar No. 42680)           JEFFERY K. PERKINS (Bar No. 57996)
   THERESA D. MOORE (Bar No. 99978)          LAW OFFICES OF JEFFERY K. PERKINS
2  THOMAS PAUL PIER (Bar No. 271452)         1550-G Tiburon Boulevard, Suite 344
   JAMIE L. MILLER (Bar No. 271452)          Tiburon, CA 94920
3  ALIOTO LAW FIRM                           Telephone: (415) 302-1115
   225 Bush Street, 16th Floor               Facsimile: (415) 435-4053
4  San Francisco, CA 94104                   Email: jefferykperkins@aol.com
   Telephone: (415) 434-8900
5  Facsimile: (415) 434-9200                 JOHN H. BOONE (Bar No. 44876)
   Email: jmalioto@aliotolaw.com             LAW OFFICES OF JOHN H. BOONE
6  Email: tmoore@aliotolaw.com               4319 Sequoia Drive
   Email: tpier@aliotolaw.com                Oakley, CA 94561
7  Email: jmiller@aliotolaw.com              Telephone: (415) 317-3001
                                             Facsimile: (415) 434-9200
8  THEODORE F. SCHWARTZ (Bar No. 58946)      Email: deacon38@gmail.com
   KENNETH R. SCHWARTZ (*pro hac vice*
9  application forthcoming)                  GIL D. MESSINA (admitted *pro hac vice*)
   LAW OFFICE OF THEODORE F.                 TIMOTHY A.C. MAY (admitted *pro hac vice*)
10 SCHWARTZ                                  MESSINA LAW FIRM PC
   7751 Carondelet, Suite 204                961 Holmdel Road
11 Clayton, MO 63105                         Holmdel, NJ 07733
   Telephone: (314) 863-4654                 Telephone: (732) 332-9300
12 Facsimile: (314) 862-4357                 Facsimile: (732) 332-9301
   Email: theodore@schwartz-schwartz.com     Email: gmessina@messinalawfirm.com
13                                           Email: tmay@messinalawfirm.com
   JACK LEE (Bar No. 71616)
14 DEREK G. HOWARD (Bar No. 118082)          PETER C. SULLIVAN (admitted *pro hac vice*)
   SEAN TAMURA-SATO (Bar No. 254092)         SULLIVAN LAW FIRM
15 MINAMI TAMAKI LLP                         7751 Carondelet Avenue, Suite 204
   360 Post Street, 8th Floor                Clayton, MO 63105
16 San Francisco, CA 94108                   Telephone: 314-727-4442
   Telephone: (415) 788-9000                 Facsimile: 314-862-4357 (fax)
17 Facsimile: (415) 398-3887                 Email: pcs@sullivanlawstl.com
   Email: jlee@minamitamaki.com
18 Email: dhoward@minamitamaki.com
   Email: seant@minamitamaki.com
19
   *Attorneys for* STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD
20 LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE,
   WILLIAM STAGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION           CASE NO. C-13-1309-MMC (NC)
FOR ADMINISTRATIVE RELIEF

1   Plaintiffs and Defendants Anheuser-Busch InBev SA/NV, Grupo Modelo S.A.B. de C.V.,
2 Constellation Brands, Inc. submit this stipulation for administrative relief and respectfully request
3 that the Court continue the hearing on Plaintiffs' Motion to Compel, ECF No. 75, until the
4 afternoon of August 9, 2013.

5   Plaintiffs filed their Motion to Compel expedited discovery ("Motion") on June 28, 2013,
6 and noticed it for hearing on August 2, 2013—the same day that Judge Chesney was scheduled to
7 hear argument on Defendants' motions to dismiss the Second Amended Complaint and on
8 Plaintiffs' "Hold Separate" motion.  (Judge Chesney has since moved that date to August 9 because
9 of a request by Plaintiffs to extend their time to oppose Defendants' motions to dismiss.)

10   On July 2, 2013, Judge Chesney referred the Motion to Your Honor.  Defendants submitted
11 oppositions to the Motion on July 12, 2013 and Plaintiffs replied on July 19, 2013, according to the
12 schedule set by Your Honor.  (*See* ECF Nos. 80, 82, 88.)  The Motion is set for hearing before
13 Your Honor at 1:00 p.m. on Wednesday, July 31, 2013.  If the Court is available, however, for the
14 convenience of the parties, the parties propose to have the Motion heard before Your Honor on the
15 afternoon of August 9, 2013.  Counsel for the Defendants who will be traveling from the east coast
16 to appear before Your Honor already will be in town that day for the 9:00 a.m. hearing before
17 Judge Chesney on the motions to dismiss and hold separate motion.

18   The parties understand that this schedule would deviate from the Court's practice of
19 holding civil motion hearings on Wednesday afternoons, and remain prepared to attend the hearing
20 as currently scheduled or proceed in whatever manner the Court prefers.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 23, 2013 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | | BY: |
| 4 | | /s/ Allen Ruby |
| | | Allen Ruby |
| 5 | | Attorney for Defendants |
| 6 | | ANHEUSER-BUSCH INBEV SA/NV and GRUPO MODELO S.A.B. DE C.V. |
| 7 | | |
| 8 | DATED: July 23, 2013 | McDERMOTT WILL & EMERY LLP |
| 9 | | BY: |
| | | /s/ Daniel E. Alberti |
| 10 | | Daniel E. Alberti |
| 11 | | Attorneys for Defendant |
| | | CONSTELLATION BRANDS, INC. |
| 14 | DATED: July 23, 2013 | ALIOTO LAW FIRM |
| 15 | | BY: |
| | | /s/ Joseph M. Alioto |
| 16 | | Joseph M. Alioto |
| 17 | | Attorneys for Plaintiffs |
| 18 | | STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Plaintiffs' Motion to Compel is CONTINUED until August 9, 2013, at __1:00__ p.m., before Magistrate Judge Nathanael Cousins in Courtroom A, 15th Floor, San Francisco Courthouse.

Dated:  July 23, 2013

IT IS SO ORDERED

Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF

CASE NO. C-13-1309-MMC (NC)

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so order or for inspection upon request.

DATED: July 23, 2013                                        /s/ Allen Ruby
                                                                               Allen Ruby

STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION                    CASE NO. C-13-1309-MMC (NC)
FOR ADMINISTRATIVE RELIEF

**ECF CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 23rd day of June, 2013.  As of this date, all counsel of record except Kenneth R. Schwartz have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ Allen Ruby

Allen Ruby