IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN EDSTROM, et al.,

    Plaintiffs,

v.

ANHEUSER-BUSCH InBEV SA/NV, et al.,

    Defendants.

No. C 13-1309 MMC

**SECOND ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH THE CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS**

On July 19, 2013, plaintiffs electronically filed their reply in support of their motion for a preliminary injunction. Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of their Answer to the Second Amended Complaint.

The Court has previously advised plaintiffs of their failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed May 1, 2013.) Such reminder appears to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiffs are hereby advised that the Court will impose sanctions, including,

but not limited to, striking from the record any further electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: July 24, 2013

MAXINE M. CHESNEY
United States District Judge