Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Thomas P. Pier (SBN 235740)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN EDSTROM, BARRY GINSBURG, MARTIN GINSBURG, EDWARD LAWRENCE, SHARON MARTIN, MARK M. NAEGER, JOHN NYPL, DANIEL SAYLE, WILLIAM STAGE,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, GRUPO MODELO S.A.B. de C.V., And CONSTELLATION BRANDS, INC.<br><br>Defendants.<br>_____ | CASE NO.: 13-cv-1309-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

Plaintiffs Steven Edstrom, et al., filed an Administrative Motion to Remove Incorrectly Filed Documents, seeking an order instructing the Clerk to remove permanently:

1. Docket Entry No. 124, titled, REDACTION to [123] Document E-Filed Under Seal *Plaintiffs' Consolidated Supplemental Brief in Opposition to Defendants' Motions to Dismiss* by Steven Edstrom. (Attachments: # (1) Declaration)(Alioto, Joseph) (Filed on 9/13/2013).

For good cause shown, the Court hereby grants Plaintiffs' Administrative Motion to Remove Incorrectly Filed Documents. The Clerk is hereby ORDERED to remove permanently Docket Entry No. 124 in this action.

IT IS SO ORDERED.

DATED: September 18, 2013

_____
THE HONORABLE MAXINE CHESNEY
United States District Judge
Northern District of California