IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN EDSTROM, et al.,

        Plaintiffs,

  v.

ANHEUSER-BUSCH InBEV SA/NV, et al.,

        Defendants.
                                       /

No. C 13-1309 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the Court's order of dismissal with leave to amend, the Case Management Conference currently set for October 11, 2013, is hereby CONTINUED to January 17, 2014.

**IT IS SO ORDERED.**

Dated: October 8, 2013

                                              MAXINE M. CHESNEY
                                            United States District Judge