IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDSTROM, et al., | No. C-13-1309 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| ANHEUSER-BUSCH InBEV SA/NV, et al., | |
| Defendants. | |

    By order filed September 13, 2013, the Court dismissed plaintiffs' Second Amended and Supplemental Complaint with leave to amend. By letter filed October 11, 2013, counsel for plaintiffs have informed the Court that plaintiffs do not intend to amend or to seek leave to file a motion for reconsideration.

    Accordingly, the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: October 16, 2013

MAXINE M. CHESNEY
United States District Judge