IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN EDSTROM, et al.,

        Plaintiffs,

  v.

ANHEUSER-BUSCH InBEV SA/NV, et al.,

        Defendants.
                                      /

No. CV-13-1309 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED.

Dated: October 16, 2013                                                         Richard W. Wieking, Clerk

                                                                                                *Tracy Lucero*

                                                                                                By: Tracy Lucero
                                                                                                Deputy Clerk