IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN EDSTROM, et al.,

    Plaintiffs,

v.

ANHEUSER-BUSCH INBEV SA/NV, et al.,

    Defendants.

No. C 13-1309 MMC

**ORDER VACATING DECEMBER 20, 2013 HEARING ON PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT**

    Before the Court is plaintiffs' Motion for Relief from Judgment, filed November 11, 2013. Defendants have filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for December 20, 2013.

    **IT IS SO ORDERED.**

Dated: December 17, 2013

_____
MAXINE M. CHESNEY
United States District Judge