IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDSTROM, et al., | No. C 13-1309 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT** |
| v. | |
| ANHEUSER-BUSCH INBEV SA/NV, et al., | |
| Defendants. | |

Before the Court is plaintiffs' Motion for Relief from Judgment, filed November 11, 2013. Defendants have filed opposition, to which plaintiffs have replied. The matter came on regularly for hearing on January 24, 2014. Joseph M. Alioto, Jamie L. Miller, and Theresa D. Moore of the Alioto Law Firm and Jeffrey K. Perkins of the Law Offices of Jefferey K. Perkins appeared on behalf of plaintiffs. Steven C. Sunshine and Karen Hoffman Lent of Skadden Arps Slate Meagher & Flom LLP appeared on behalf of defendants Anheuser-Busch InBEV SA/NV and Grupo Modelo S.A.B. de C.V. Raymond A. Jacobsen, Jr. and Daniel E. Alberti of McDermott Will & Emery LLP appeared on behalf of defendant Constellation Brands Inc.

The Court having read and considered the parties' respective written submissions and considered the arguments of counsel, the motion is, for the reasons stated on the record at the hearing, hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 24, 2014

MAXINE M. CHESNEY
United States District Judge